1  JEREMY J. THOMPSON
   Nevada Bar No. 12503
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada  89169
   E-mail: jthompson@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 862-8400
5  *Attorney for Defendant*
   *Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JESUS GONZALEZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>CLARITY SERVICES, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; NATIONAL CONSUMER TELECOM & UTILIES EXCHANGE; TRANS UNION, LLC; PLAIN GREEN, LLC; 2233 PARADISE ROAD,LLC DBA CASH FACTORY; CONN APPLIANCES, INC.; GREAT AMERICAN FINANCE HOLDINGS, LLC; AT&T MOBILITY, LLC; and COX COMMUNICATIONS LAS VEGAS, INC.,<br><br>                    Defendants. | Case No. 2:21-cv-01068-APG-BNW<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from August 6, 2021 through and including **September 7, 2021**.  The request was made by Equifax so that it can have an

opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 5th day of August, 2021.

CLARK HILL PLLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorney for Defendant Equifax Information*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: August 6, 2021

*Services LLC*
***No opposition***

/s/ Michael Kind
Michael Kind, Esq.
Nevada Bar No. 13903
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
Phone: (702) 337-2322
Fax: (702) 329-5881
Email: mk@kindlaw.com

George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518

*Attorneys for Plaintiff*