1  WRIGHT, FINLAY & ZAK, LLP
   Ramir M. Hernandez, Esq.
2  Nevada Bar No. 13146
   7785 W. Sahara Ave., Suite 200
3  Las Vegas, NV 89117
   (702) 475-7964; Fax: (702) 946-1345
4  rhernandez@wrightlegal.net
5  *Attorneys for Defendant, Conn Appliances, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JESUS GONZALEZ,<br><br>           Plaintiff,<br><br>     vs.<br><br>CLARITY SERVICES, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE; TRANS UNION, LLC dba CASH FACTORY USA; CONN APPLIANCES, INC.; GREAT AMERICAN FINANCE HOLDINGS, LLC; AT&T MOBILITY, LLC; and COX COMMUNICATIONS LAS VEGAS, INC.,<br><br>           Defendants. | Case No.: 2:21-CV-01068-APG-BNW<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Defendant, Conn Appliances, Inc. ("Conn") by and through its counsel of record, hereby moves this Court as follows:

On June 7, 2021, Plaintiff filed his Complaint [ECF No. 1]. Conn was served with Plaintiff's Complaint on July 16, 2021. The deadline for Conn to respond to Plaintiff's Complaint is August 6, 2021. Plaintiff and Conn have discussed extending the deadline for Conn to respond to Plaintiff's Complaint to allow for better investigation of the allegations and discuss possible resolution of the matter. Conn sent Plaintiff a draft of a proposed joint motion on August 6, 2021, but has not yet received a response as of the time of this filing.

WHEREAS, Conn moves to extend the deadline for Conn to file its responsive pleading to

1  Plaintiff's Complaint to September 7, 2021.

2      This is the first motion for an extension of time for Conn to file their responsive pleading.
3  The extension is requested in good faith and is not for purposes of delay or prejudice to any other
4  party.

5      As part of this motion, Conn agrees to participate in any Rule 26(f) conference that occurs
6  during the pendency of this extension.

7      DATED this 6th day of August, 2021.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez*
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Conn Appliances, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 08-09-2021