BENJAMIN T. IVIE
Nevada Bar: 12408
101 Convention Center Drive, Suite 700
Las Vegas, NV 89109
Email: ben.ivie@cfusacorp.com
Telephone: (702) 718-5199
Facsimile: (702) 623-6837
*Attorney for Defendant*
*2233 Paradise Road LLC,*
*dba Cash Factory USA*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JESUS GONZALEZ,<br><br>   Plaintiff,<br><br>vs.<br><br>CLARITY SERVICES, INC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; NATIONAL CONAUMER TELECOM & UTILITIES EXCHANGE; TRANS UNION, LLC; PLAIN GREEN, LLC; 2233 PARADISE ROAD, LLC DBA CASH FACTORY USA; CONN APPLIANCES, INC.; GREAT AMERICAN FINANCE HOLDINGS, LLC; AT&T MOBILITY, LLC; AND COX COMMUNICATIONS LAS VEGAS, INC.,<br><br>   Defendant | Case No.: 2:21-cv-01068-APG-BNW<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT 2233 PARADISE ROAD LLC DBA CASH FACTORY USA TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant, 2233 Paradise Road LLC dba Cash Factory USA, has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HERBY STIPULATED AND AGREED to by and among counsel, that Defendant 2233 Paradise Road LLC dba Cash Factory USA's time to answer, move or otherwise respond to the Complaint in this action is extended from August 9, 2021, through and including **September 8, 2021**. The request was

made by 2233 Paradise Road LLC dba Cash Factory USA so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 6th day of August 2021.

| | |
|---|---|
| 2233 PARADISE ROAD LLC<br>DBA CASH FACTROY USA | <u>No opposition</u> |
| By: */s/ Benjamin T. Ivie*<br>Benjamin T Ivie, Esq.<br>Nevada Bar No. 12408<br>101 Convention Center Dr.<br>Suite 700<br>Las Vegas, NV 89109<br>Tel: (702) 718-5199<br>Facsimile: (702) 623-6837<br>Email: ben.ivie@cfusacorp.com<br>*Attorney for Defendant*<br>*2233 Paradise Road LLC*<br>*dba Cash Factory USA* | */s/ Michael Kind*<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>KIND LAW<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, NV 89123<br>Phone: (702) 337-2322<br>Fax: (702) 329-5881<br>Email: mk@kindlaw.com |
| | */s/ Gerardo Avalos*<br>Gerardo Avalos<br>Nevada Bar No. 15171<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>FREEDOM LAW FIRM<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br>Ghaines@freedomlegalteam.com<br><br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED**

**DATED: August 09, 2021**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**