**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 560-5460
(214) 871-2111 Fax
jbergh@qslwm.com
***Counsel for Trans Union LLC***

\*\*Designated Attorney for Personal Service\*\*
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JESUS GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CLARITY SERVICES, INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, TRANS UNION, LLC, PLAIN GREEN, LLC, 2233 PARADISE ROAD, LLC, d/b/a CASH FACTORY USA, CONN APPLIANCES, INC., GREAT AMERICAN FINANCE HOLDINGS, LLC, AT&T MOBILITY, LLC, and COX COMMUNICATIONS LAS VEGAS, INC.<br><br>    Defendants. | Case No. 2:21-cv-01068-APG-BNW<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

   Plaintiff Jesus Gonzalez ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

   1. On June 7, 2021, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is August 6, 2021.

4884193.1

1

2.  On August 6, 2021, counsel for Trans Union communicated with Plaintiff's counsel regarding an extension within which to file a response to the Complaint, and Plaintiff's counsel agreed to the extension.

3.  The parties will actively discuss a potential early resolution of this case, and the parties believe an extension of this nature may save waste of the parties' time and expense. The additional time will allow Plaintiff and Trans Union time to fully explore such early settlement discussions. Moreover, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

4.  Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including September 3, 2021. This is the first motion for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 6th day of August 2021.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
Jennifer Bergh
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 560-5460
(214) 871-2111 Fax
jbergh@qslwm.com
***Counsel for Trans Union LLC***

**IT IS SO ORDERED**

**DATED: August 09, 2021**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**FREEDOM LAW FIRM AND KIND LAW**

*/s/ Michael Kind*
George Haines
Nevada Bar No. 9411
Gerardo Avalos
Nevada Bar No. 15171
8985 S. Eastern Ave, Suite 350
Las Vegas, NV 89123
(702) 880-5554
(702) 385-5518 Fax
ghaines@freedomlegalteam.com

2

4884193.1

*and*
Michael Kind
Nevada Bar No. 13903
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
(702) 337-2322
(702) 329-5881 Fax
**Counsel for Plaintiff**

3

4884193.1