**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
Nevada Bar No. 7332
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com

*Attorneys for Defendant*
*Cox Communications Las Vegas, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESUS GONZALEZ,<br><br>　　Plaintiff,<br><br>vs.<br><br>CLARITY SERVICES, INC. et al.,<br><br>　　Defendants. | Case No. 2:21-cv-01068-APG-BNW<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COX COMMUNICATIONS LAS VEGAS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES UNDER FCRA, 15 U.S.C. § 1681**<br><br>**(FIRST REQUEST)** |

　　Defendant Cox Communications Las Vegas, Inc. ("Cox"), by and through its attorneys, Dickinson Wright PLLC, and Plaintiff Jesus Gonzales ("Plaintiff"), by and through his attorneys, Freedom Law Firm and Kind Law, stipulate and agree as follows:

　　1.　　Plaintiff filed his Complaint for Damages under FCRA, 15 U.S.C. § 1681 on June 7, 2021 (the "Complaint").

　　2.　　Plaintiff served Cox on July 16, 2021.

　　3.　　Cox's deadline to respond, move or otherwise pleads to the Complaint is August 6, 2021.



1

4. Plaintiff and Defendant have agreed that Cox shall have up to an including September 10, 2021, to respond, move or otherwise pleads to the Complaint.

5. The request for an extension is so that parties can both review their files pertaining to the allegations in the Complaint.

6. This is the first stipulation between Plaintiff and Cox to extend the time for Cox to respond, move or otherwise plead to the Complaint and it is not being entered into for purposes of any delay.

Dated: August 6th, 2021.

**DICKINSON WRIGHT PLLC**

*/s/: Michael N. Feder*
MICHAEL N. FEDER
Nevada Bar No. 7332
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com

*Attorneys for Defendant*
*Cox Communications Las Vegas, Inc.*

Dated: August 6th, 2021.

**FREEDOM LAW FIRM**

*/s/: Gerado Avalos*
GEORGE HAINES
Nevada Bar No. 9411
GERARDO AVALOS
Nevada Bar No. 15171
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Tel: (702) 880-5554
Fax: (702) 385-5518
Email: Chaines@freedomlegalteam.com
Email: Gavalos@freedomlegalteam.com

MICHAEL KIND
Nevada Bar No. 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
Tel: (702) 337-2322
Fax: (702) 329-5881
Email: mk@kindlaw.com

*Attorneys for Plaintiff Jesus Gonzalez*

**IT IS SO ORDERED**

**DATED: August 09, 2021**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

DICKINSON WRIGHT
ATTORNEYS AT LAW



