DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:  702.862.8800
Fax No.:    702.862.8811
Email: ddickinson@littler.com

*Attorney for Defendant*
BACKGROUNDCHECKS.COM LLC

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| Jesus Gonzalez,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Clarity Services, Inc.; Equifax Information Services, LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange; Trans Union, LLC; Plain Green, LLC; 2233 Paradise Road, LLC dba Cash Factory USA; Conn Appliances, Inc.; Great American Finance Holdings, LLC; AT&T Mobility, LLC; Cox Communications Las Vegas, Inc.; and Backgroundchecks.com, LLC,<br><br>　　　　Defendants. | Case No. 2:21-cv-01068-APG-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff JESUS GONZALEZ ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the First Amended Complaint from the current deadline of September 8, 2021, up to and including **October 8, 2021**.

The requested extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the First Amended Complaint.

1  This is the first request for an extension of time to respond to the First Amended Complaint.

2  This request is made in good faith and not for the purpose of delay.

3  Dated: September 3, 2021                                   Dated: September 3, 2021

4  Respectfully submitted,                                    Respectfully submitted,

6  /s/ Michael Kind                                           /s/ Diana G. Dickinson
7  MICHAEL KIND, ESQ.                                         DIANA G. DICKINSON, ESQ.
   KIND LAW                                                   LITTLER MENDELSON, P.C.

8  GEORGE HAINES, ESQ.                                        *Attorney for Defendant*
   GERARDO AVALOS, ESQ.                                       BACKGROUNDCHECKS.COM LLC
9  FREEDOM LAW FIRM, LLC

10 *Attorneys for Plaintiff*
   JESUS GONZALEZ

12                                                            **IT IS SO ORDERED.**

13                                                            Dated: September 7, 2021.

16                                                            _____
                                                              UNITED STATES MAGISTRATE JUDGE

18  4813-1425-5609.2 / 107811-1000

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2