WRIGHT, FINLAY & ZAK, LLP
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, Conn Appliances, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JESUS GONZALEZ, | Case No.:  2:21-CV-01068-APG-BNW |
| Plaintiff, | **JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |
| vs. | |
| CLARITY SERVICES, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE; TRANS UNION, LLC dba CASH FACTORY USA; CONN APPLIANCES, INC.; GREAT AMERICAN FINANCE HOLDINGS, LLC; AT&T MOBILITY, LLC; and COX COMMUNICATIONS LAS VEGAS, INC., | |
| Defendants. | |

Plaintiff, Jesus Gonzalez ("Plaintiff"), and Defendant, Conn Appliances, Inc. ("Conn") (collectively "Parties"), by and through their counsel of record, hereby move as follows:

On June 7, 2021, Plaintiff filed his Complaint [ECF No. 1]. Conn was served with Plaintiff's Complaint on July 16, 2021. The original deadline for Conn to respond to Plaintiff's Complaint was August 6, 2021. On August 9, 2021, the Court granted Conn's Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint, which set September 7, 2021, as the new deadline [ECF No. 21]. Plaintiff then filed an Amended Complaint on August 12, 2021. [ECF No. 25]. The Parties have discussed extending the deadline for Conn to respond to Plaintiff's Amended Complaint to allow for better investigation of the allegations and discuss possible

1 resolution of the matter.

2 WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Conn to file their responsive pleading to Plaintiff's Amended Complaint to September 21, 2021.

This is the second motion for an extension of time for Conn to file their responsive pleading. The parties are actively discussing settlement. In the event the parties cannot resolve the case, it is anticipated that they will stipulate to remove the case to arbitration. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

As part of this motion, Conn agrees to participate in any Rule 26(f) conference that occurs during the pendency of this extension.

DATED this 9th day of September, 2021.

| WRIGHT, FINLAY & ZAK, LLP | KIND LAW |
|---|---|
| */s/ Ramir M. Hernandez* | */s/ Michael Kind* |
| Ramir M. Hernandez, Esq. | Michael Kind, Esq. |
| Nevada Bar No. 13146 | Nevada Bar No. 13903 |
| 7785 W. Sahara Ave., Suite 200 | 8860 S. Maryland Pkwy, Suite 106 |
| Las Vegas, NV 89117 | Las Vegas, NV 89123 |
| *Attorneys for Defendant, Conn Appliances, Inc.* | *Attorneys for Plaintiff, Jesus Gonzalez* |

### Order

**IT IS SO ORDERED**

**DATED:** 10:10 am, September 10, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**