```
 1   George Haines, Esq.
     Nevada Bar No.: 9411
 2   Gerardo Avalos, Esq.
 3   Nevada Bar No.: 15171
     FREEDOM LAW FIRM
 4   8985 S. Eastern Ave., Suite 350
 5   Las Vegas, Nevada 89123
     (702) 880-5554
 6   (702) 385-5518 (fax)
 7   Ghaines@freedomlegalteam.com
     Counsel for Plaintiff Jesus Gonzalez
 8
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| Jesus Gonzalez, | Case No.: 2:21-cv-01068-APG-BNW |
|---|---|
| Plaintiff(s), | **Notice of settlement between Plaintiff and Experian Information Solutions, Inc.** |
| v. | |
| Clarity Services, Inc. et al, | |
| Defendant(s). | |

The dispute between Jesus Gonzalez ("Plaintiff") and Experian Information Solutions, Inc. ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: September 27, 2021.

**Order**
IT IS ORDERED that the parties must file dismissal documents or submit a joint status report by 11/27/2021.

**IT IS SO ORDERED**
**DATED:** 6:26 pm, September 28, 2021

*[signature]*
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

FREEDOM LAW FIRM

 /s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Attorney for Plaintiff Jesus Gonzalez*

NOTICE                    - 1 -