George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Counsel for Plaintiff Jesus Gonzalez*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jesus Gonzalez,<br><br>            Plaintiff(s),<br>  v.<br><br>Clarity Services, Inc. et al,<br><br>            Defendant(s). | Case No.: 2:21-cv-01068-APG-BNW<br><br>**Notice of settlement between Plaintiff and Equifax Information Services LLC** |

The dispute between Jesus Gonzalez ("Plaintiff") and Equifax Information Services LLC ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: September 29, 2021.

**Order**
IT IS ORDERED that a stipulation to dismiss Equifax Information Services LLC is due by 11/27/2021.

IT IS SO ORDERED
DATED: 2:35 pm, September 30, 2021

*/s/ Brenda Weksler*
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

F<small>REEDOM</small> L<small>AW</small> F<small>IRM</small>

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Attorney for Plaintiff Jesus Gonzalez*

N<small>OTICE</small>        - 1 -