George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorney for Plaintiff Jesus Gonzalez*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jesus Gonzalez, | Case No.: 2:21-cv-01068-APG-BNW |
| Plaintiff, | **Stipulation of dismissal of Backgroundchecks.com LLC with prejudice** |
| v. | |
| Clarity Services, Inc. et al, | |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Jesus Gonzalez and Backgroundchecks.com LLC stipulate to dismiss Plaintiff's claims against Backgroundchecks.com LLC with prejudice.

///

///

///

STIPULATION         - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: September 30, 2021.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Jesus Gonzalez*

**Littler Mendelson, P.C.**

/s/ Diana Dickinson
Diana Dickinson, Esq.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169
*Counsel for Backgroundchecks.com LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: October 6, 2021

STIPULATION - 2 -