George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Counsel for Plaintiff Jesus Gonzalez*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jesus Gonzalez, | Case No.: 2:21-cv-01068-APG-BNW |
| Plaintiff(s), | |
| v. | **Notice of settlement between Plaintiff and Clarity Services Inc.** |
| Clarity Services, Inc.; Equifax Information Services, LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange; Trans Union, LLC; Plain Green, LLC; 2233 Paradise Road, LLC dba Cash Factory USA; Conn Appliances, Inc.; Great American Finance Holdings, LLC; AT&T Mobility, LLC; and Cox Communications Las Vegas, Inc. | |
| Defendant(s). | |

///

///

NOTICE      - 1 -

The dispute between Jesus Gonzalez ("Plaintiff") and Clarity Services Inc. ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: November 9, 2021.

                                        **FREEDOM LAW FIRM**

                                        /s/ George Haines
                                        George Haines, Esq.
                                        Gerardo Avalos, Esq.
                                        8985 S. Eastern Ave., Suite 350
                                        Las Vegas, Nevada 89123
                                        *Attorney for Plaintiff Jesus Gonzalez*

**Order**

IT IS ORDERED that a stipulation to dismiss Clarity Services Inc. is due by 1/9/2022.

**IT IS SO ORDERED**

**DATED:** 9:11 am, November 10, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE                                                - 2 -