George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Counsel for Plaintiff Jesus Gonzalez*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jesus Gonzalez,<br><br>                    Plaintiff(s),<br>     v.<br><br>Clarity Services, Inc. et al,<br><br>                    Defendant(s). | Case No.: 2:21-cv-01068-APG-BNW<br><br>**Notice of settlement between Plaintiff and Trans Union LLC** |

The dispute between Jesus Gonzalez ("Plaintiff") and Trans Union LLC ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: November 16, 2021.

**Order**
IT IS ORDERED that a stipulation to dismiss Trans Union LLC is due by 1/17/2022.

**IT IS SO ORDERED**
**DATED:** 10:27 am, November 17, 2021

*[signature]*
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

FREEDOM LAW FIRM

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Attorney for Plaintiff Jesus Gonzalez*

NOTICE - 1 -