George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Jesus Gonzalez*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jesus Gonzalez, | Case No.: 2:21-cv-01068-GMN-BNW |
| Plaintiff(s), | **Stipulation of dismissal of Conn Appliances, Inc. with prejudice** |
| v. | |
| Clarity Services, Inc.; Equifax Information Services, LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange; Trans Union, LLC; Plain Green, LLC; 2233 Paradise Road, LLC dba Cash Factory USA; Conn Appliances, Inc.; Great American Finance Holdings, LLC; AT&T Mobility, LLC; and Cox Communications Las Vegas, Inc. | |
| Defendant(s). | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Jesus Gonzalez and Conn Appliances, Inc. stipulate to dismiss Plaintiff's claims against Conn Appliances, Inc. with prejudice.

///

///

Each party will bear its own costs, disbursements, and attorney fees.

Dated: December 27, 2021.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Jesus Gonzalez*

**WRIGHT FINLAY & ZAK**

/s/ Ramir Hernandez
Ramir Hernandez, Esq.
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Counsel for Conn Appliances, Inc.*

**IT IS SO ORDERED.**

Dated this  28   day of December, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

STIPULATION                               - 2 -