George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
ghainesgavalos@freedomlegalteam.com
*Attorneys for Plaintiff Jesus Gonzalez*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jesus Gonzalez,<br><br>            Plaintiff(s),<br>  v.<br><br>Clarity Services, Inc. et al,<br><br>            Defendant(s). | Case No.: 2:21-cv-01068-GMN-BNW<br><br>**[FIRST] STATUS REPORT RE: SETTLEMENT BETWEEN JESUS GONZALEZ AND CLARITY SERVICES INC.** |

    The dispute between Plaintiff Jesus Gonzalez ("Plaintiff") and Defendant Clarity Services, Inc. et al ("Defendant") has been resolved. The parties have reached settlement terms, and the agreement is awaiting final approval and signatures. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendant with Prejudice.

1  Plaintiff requests that all pending dates and filing requirements as to Plaintiff
2  and Defendant continue to be vacated and that the Court allow the parties an
3  additional 30 days, until on or after February 9, 2022, to file dismissal documents.

Dated: January 10, 2022.

Respectfully submitted,

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123

**NAYLOR & BRASTER**

/s/ Benjamin Gordon
Benjamin Gordon, Esq.
1050 Indigo Dr., Suite 200
Las Vegas, NV 89145

**JONES DAY**

/s/ Katherine Neben
Katherine Neben, Esq.
3161 Michelson Dr., Suite 800
Irvine, CA 92612
*Counsel for Clarity Services Inc.*

### ORDER

**IT IS SO ORDERED**

**DATED:** 11:53 am, January 11, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**